COMMONWEALTH of Pennsylvania,
Respondent

v.

Dusty Andrew GAUMER, Petitioner.

Supreme Court of Pennsylvania.

March 10, 2010.

## ORDER

PER CURIAM.

**AND NOW,** this 10th day of March, 2010, the Petition for Allowance of Appeal is hereby **GRANTED.** The order of the Superior Court is **VACATED,** and the matter **REMANDED** to the trial court for resentencing pursuant to *Commonwealth v. Haag,* 981 A.2d 902, 907 (Pa.2009) (if no conviction on previous § 3802 violation occurred before commission of subsequent

violation, offender cannot be sentenced as recidivist on subsequent violation). Jurisdiction relinquished.